UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:     CASE NO. 15-50844

**ROCKY G. BUTEAU**     **CHAPTER 7**
**Debtor**

**FORD MOTOR CREDIT COMPANY**     Adversary Proceeding No. 15-5030

versus

**ROCKY G. BUTEAU, et al.**

## MOTION TO DISMISS ADVERSARY COMPLAINT

NOW INTO COURT through undersigned counsel comes **SPERRO, LLC** ("Sperro"), creditor herein, who respectfully presents the following Motion to Dismiss the adversary complaint filed by Ford Motor Credit ("Ford"):

1.

On December 21, 2015, Ford filed a Motion for Turnover against the Debtor and Sperro, demanding that the Debtor's 2014 Ford F150 (the "Vehicle") be turned over to Ford. Also, on December 21, 2015, Ford filed an adversary proceeding against the Debtor for denial of discharge.

2.

On January 12, 2016, the Court consolidated the Motion for Turnover with the adversary proceeding.

3.

Subsequently, the Vehicle was turned over to Ford. On information and belief, Ford has now sold the Vehicle, either at auction or private sale.

4.

The Motion for Turnover is now moot because the Vehicle has now been turned over to Ford and liquidated.

5.

Ford's adversary complaint against the Debtor is to deny the Debtor's discharge and does not request any relief against Sperro.

6.

Accordingly, the Court should dismiss Sperro from this adversary proceeding, pursuant to Bankruptcy Rule 7012(b)(6).

Wherefore, SPERRO, LLC prays that its motion be granted, the adversary complaint be dismissed as to Sperro, and for such further relief as is just.

Respectfully submitted,

WEINSTEIN & ST. GERMAIN, LLC.

By:   /s/ Tom St. Germain
TOM ST. GERMAIN (#24887)
1414 NE Evangeline Thwy
Lafayette LA 70501
(337) 235-4001
(337) 235-4020 FAX

ATTORNEY FOR SPERRO, LLC

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-50844 |
| ROCKY G. BUTEAU<br>Debtor | CHAPTER 7 |
| FORD MOTOR CREDIT COMPANY | Adversary Proceeding No. 15-5030 |
| versus | |
| ROCKY G. BUTEAU, et al. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have mailed a copy of the foregoing **MOTION TO DISMISS ADVERSARY COMPLAINT AND NOTICE OF HEARING**, has been forwarded to Stephen D. Wheelis, Wheelis & Rozanski, P.O. Box 13199, Alexandria, LA 71315-3199, William C. Vidrine, 711 West Pinhook Road, Lafayette, LA 70503, and Elizabeth Andrus, eandrus@andruslawfirm.com, via first-class U.S. mail, postage prepaid and/or the ECF electronic notification system.

Lafayette, Louisiana 28th day of March, 2016.

/s/ Amber Courville
AMBER COURVILLE
Legal Secretary