**SO ORDERED.**

**SIGNED May 3, 2016.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-50844 |
| ROCKY G. BUTEAU<br>Debtor | CHAPTER 7 |
| FORD MOTOR CREDIT COMPANY | Adversary Proceeding No. 15-5030 |
| versus | |
| ROCKY G. BUTEAU, et al. | |

_____

### ORDER

Considering the Motion to Dismiss Adversary With Prejudice (the "Motion") filed on the behalf of **SPERRO, LLC**, a hearing held on April 26, 2016, and it appearing proper under the premises,

IT IS ORDERED that the Motion is granted. Sperro, LLC is hereby dismissed as a defendant in this Adversary Proceedings with prejudice.

###

This Order was prepared and is being submitted by:
Weinstein & St. Germain, LLC
By:  Tom St. Germain
Attorney for:   Sperro, LLC
Bar No.: 24887
Mailing Address: 1414 NE Evangeline Thwy, Lafayette, LA 70501
Telephone No.: (337) 235-4001